JOHN M. SORICH (CA Bar No. 125223)
John.Sorich@piblaw.com
CHRISTOPHER J. DONEWALD (CA Bar No. 255454)
Christopher.Donewald@piblaw.com
PARKER IBRAHIM & BERG LLC
695 Town Center Drive, 16th Floor
Costa Mesa, CA 92626
Tel: (714) 361-9550
Fax: (714) 784-4199

Attorneys for Defendant,
JPMORGAN CHASE BANK, N.A.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DARYOUSH JAVAHERI,<br><br>         Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.;<br>QUALITY LOAN SERVICE CORP.; and<br>DOES 1-20,<br><br>         Defendants. | CASE NO.:<br><br>**NOTICE OF RELATED CASE<br>(LR 123(b))**<br><br>**(DIVERSITY OF CITIZENSHIP)**<br><br>**STATE CASE NO:** SC124190<br><br>**STATE CASE FILED:** May 19, 2015 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE THAT** defendant JPMORGAN CHASE BANK, N.A. ("Chase" or "Defendant") filed a Notice of Removal, pursuant to 28 U.S.C. §§ 1441 *et seq.* from the Superior Court of the State of California for the County of Los Angeles.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Rule 83-1.3.1(b), in an abundance of caution, Defendant files this notice of related case to confirm that at this time, Defendant is aware that the case *Daryoush Javeheri v.*

*JPMorgan Chase Bank, N.A. et al.*, United States District Court Central District of California, Western Division Case Number 2:10-cv-08185-ODW-FFM ("Prior Action"), is related to the above-entitled matter.

Based on information and belief, Defendant state that the aforementioned matter may be deemed "related" to the instant action under LR 83-1.3.1 because they involve some of the same parties, are based on the same or similar claims, and involve substantially the same facts and the same questions of law.

DATED: June 23, 2015     PARKER IBRAHIM & BERG LLC


By: /s/ Christopher J. Donewald
    JOHN M. SORICH
    CHRISTOPHER J. DONEWALD
    Attorneys for Defendant,
    JPMORGAN CHASE BANK. N.A.