JOHN M. SORICH (CA Bar No. 125223)
John.Sorich@piblaw.com
CHRISTOPHER J. DONEWALD (CA Bar No. 255454)
Christopher.Donewald@piblaw.com
PARKER IBRAHIM & BERG LLC
695 Town Center Drive, 16th Floor
Costa Mesa, CA 92626
Tel: (714) 361-9550
Fax: (714) 784-4199

Attorneys for Defendant,
JPMORGAN CHASE BANK, N.A.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DARYOUSH JAVAHERI,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.;<br>QUALITY LOAN SERVICE CORP.; and<br>DOES 1-20,<br><br>Defendants. | CASE NO.:<br><br>**CERTIFICATION AS TO INTERESTED PARTIES (LR 7.1.1)**<br><br>**(DIVERSITY OF CITIZENSHIP)**<br><br>**STATE CASE NO:** SC124190<br>**STATE CASE FILED:** May 19, 2015 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Pursuant to Local Rule 7.1-1, the undersigned counsel of record for defendant JPMorgan Chase Bank, N.A. ("Chase"), certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

///

///

**Plaintiff**

Daryoush Javaheri, an individual

**Defendant**

JPMorgan Chase Bank, N.A., a corporation.  Chase is a wholly owned subsidiary of JPMorgan Chase & Co., a publicly traded corporation.  No publicly held corporation owns ten percent (10%) or more of JPMorgan Chase & Co.'s stock as of August 21, 2009.

**Defendant**

Quality Loan Service Corp., a corporation.

DATED:  June 23, 2015                   PARKER IBRAHIM & BERG LLC

By: /s/ Christopher J. Donewald
    JOHN M. SORICH
    CHRISTOPHER J. DONEWALD
    Attorneys for Defendant,
    JPMORGAN CHASE BANK. N.A.