JOHN M. SORICH (CA Bar No. 125223)
John.Sorich@piblaw.com
CHRISTOPHER J. DONEWALD (CA Bar No. 255454)
Christopher.Donewald@piblaw.com
PARKER IBRAHIM & BERG LLC
695 Town Center Drive, 16th Floor
Costa Mesa, CA 92626
Tel:  (714) 361-9550
Fax: (714) 784-4199

Attorneys for Defendant,
JPMORGAN CHASE BANK, N.A.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| DARYOUSH JAVAHERI, | CASE NO.: |
| Plaintiff, | **PROOF OF SERVICE VIA U.S. MAIL** |
| v. | |
| JPMORGAN CHASE BANK, N.A.; QUALITY LOAN SERVICE CORP.; and DOES 1-20, | |
| Defendants. | |

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE
*Daryoush Javaheri v. JPMorgan Chase Bank, et al.*
LASC Santa Monica Case No.: SC124190
USDC Central Case No.: *Pending*

I am employed in the County of Orange, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is **Parker Ibrahim & Berg LLC,** 695 Town Center Drive, 16th Floor, Costa Mesa, CA 92626.

On June 23, 2015, I served the foregoing document ad described below on the interested parties in this action.

1. **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(b) (DIVERSITY OF CITIZENSHIP)**
2. **CIVIL CASE COVER SHEET**
3. **NOTICE OF RELATED CASE (LR 123(b))**
4. **CERTIFICATION AS TO INTERESTED PARTIES (LR 7.1.1)**

☒  by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

☒  **BY REGULAR MAIL:** I deposited such envelope in the mail at 695 Town Center Drive, Costa Mesa, California.  The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED**

☐  **BY CM/ECF ELECTRONIC DELIVERY:** In accordance with the registered case participants and in accordance with the procedures set forth at the United States District Court, Central District of California website

☐  (State)  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒  (Federal)  I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on June 23, 2015, at Costa Mesa, California.

*Michelle E. Ault*

Michelle E. Ault

2056.0216

1
2
3
4

**SERVICE LIST**
*Daryoush Javaheri v. JPMorgan Chase Bank, et al.*
LASC Santa Monica Case No.: SC124190
USDC Central Case No.: *Pending*

5
6
7

Douglas Gillies, Esq.
3736 Torino Drive
Santa Barbara, CA 93105

T  805.682.7033
F
E  douglasgillies@gmail.com
Attorney for Plaintiff, DARYOUSH JAVAHERI

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28